McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMILA LASKOWICZ-YOUNG, | CV F 06-0451 AWI SMS |
| Plaintiff, | |
| v. | **ORDER GRANTING** |
| ALBERTO GONZALES, et al., | **MOTION FOR REMAND** |
| Defendants. | (Document 7) |

Pursuant to this Motion to Remand and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is remanded to Citizenship and Immigration Services with instructions to adjudicate the application pursuant to 8 U.S.C. § 1447(b).

IT IS SO ORDERED.

**Dated:   July 18, 2006**            /s/ Anthony W. Ishii
0m8i78                                UNITED STATES DISTRICT JUDGE

1